PPOB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Marcus Williams**  Case Number: **1:02CR-030-002**
Name of Sentencing Judicial Officer:    **The Honorable Herman J. Weber**
**United States Senior District Judge**

Date of Original Sentence: **January 30, 2008**

Original Offense: **Count One-Distribution of Excess of Five Grams of Cocaine Base, A violation of 21 U.S.C. § 841(a)(1)**

Original Sentence: **Sixty-three months imprisonment. Four Years Supervised Release.**

**Special Conditions Ordered:**
1. Participate in a substance abuse treatment and testing program at the direction of the Supervising Probation Officer.
2. Pay any balance owed on the $1,500 fine. Until the fine is paid in full, the defendant is prohibited from incurring new credit charges and shall provide the Probation Officer access to any requested financial records.
3. Pay $100 special assessment.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **August 21, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | #1  Mr. Williams has alleged violated the mandatory supervised release conditions which states: 'The releasee shall not commit another federal, state, or local crime.' On December 6, 2007, Mr. Williams was arrested by officers from the Cincinnati Police Department Central Vice Control Section (CVCS). These officers, in cooperation with the Drug Enforcement Administration, conducted surveillance regarding alleged narcotics activities at 860 Windham Avenue in Cincinnati, Ohio. A number of individuals were observed as they entered the above residence and only remained for short periods of time. One of these individuals was stopped after a traffic violation and reported that h/she had just purchased some cocaine at the first floor residence at 860 Windham Avenue. One of the CVCS surveillance units observed Marcus Williams as he exited the above address and followed him to an Auto Zone Store located on Reading Road in Cincinnati, Ohio. The police stopped Williams, who was identified by CVCS units following him, at the Auto Zone. Subsequently, officers arrived at the above Windham Avenue address with a search warrant. During the execution of the search warrant on the first floor apartment, officers seized approximately 1,160 grams of cocaine, a loaded Bersa 40 caliber semi-automatic handgun, $11,000 in U.S. currency and personal papers and clothing belonging to Marcus Williams. The 860 Windham Avenue address was determined to be approximately 1,000 feet from Xavier University. |

>           Mr. Williams appeared before the Honorable Timothy S. Black in United States Magistrate's Court in Cincinnati, Ohio, on December 7, 2007, for the purpose of a detention hearing. At that time, the defendant was charged with knowingly opening, using, or maintaining a place, whether permanently or temporarily for the purpose of distributing a controlled substance, that being in excess of 500 grams of cocaine and did so within 1,000 feet of a university, in violation of 21 U.S. C. §§ 856, 860, and 841(a)(1) & (b)(1)(B). Mr. Williams was ordered released on $10,000-10% and placed on electronic monitoring.

#2       On November 6, 2007, Mr. Williams submitted a urine specimen at the U. S. Probation Office. This specimen was returned positive for cocaine metabolite.

U.S. Probation Officer Action: **Mr. Williams has reported as directed, maintained full-time employment until his arrest on the new federal offense, and obtained all negative urine test results with the exception of the November 2007, urine specimen, while on federal supervised release supervision. The undersigned probation officer is respectfully recommending that no action be taken against Mr. Williams to allow for the final disposition of this case.**

Respectfully submitted,

by *David J. Backman*

**David Backman**
U. S. Probation Officer
Date:    **January 30, 2008**

Approved,

by *[signature] for*

**John Cole**
Supervising U. S. Probation Officer
Date:    **January 30, 2008**

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

2/20/08
Date