# CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:02cr30-2

vs

MARCUS WILLIAMS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: _Julie Wolfer_ Or    digital recording _____
Date:           6/12/08 @ 1:30

Attorney for USA:           _Ken Parker_
Attorney for Defendant:    Federal Public Defender _Richard Smith-Monahan_

[✓] Initial appearance held. Defendant informed of rights and charges.

[ ] Case continued for Probable Cause Hearing _____ Detention Hearing _____
    on _____
[✓] Probable cause hearing held/(waived). Defendant to appear before District Judge
    _____ for Probation Violation/supervised release hearing.

[/] Probable cause found / not found

[ ] Defendant DETAINED pending hearing.
[ ] Defendant RELEASED on _____ bond

[✓] Order APPOINTING counsel _FPD_

Remarks:
_Δ here on summons_

FILED JAMES BONINI CLERK  08 JUN 12 PM 2:16  U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI