UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                                Case No. CR-1-02-30 (2)

MARCUS WILLIAMS

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (RULE 5 OR 32.1, FED. R CRIM. P.)

I, **MARCUS WILLIAMS**, charged in a Petition pending in this district with supervised release violation and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_____        _____
6/12/08                                            Defendant
Date                                               _____
                                                   Counsel for Defendant

FILED
JAMES BONINI
CLERK
08 JUN 12 PM 2:17
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

AO 468 (1/86) Waiver of Preliminary Examination or Hearing