UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                            CR-1-02-30

MARCUS WILLIAMS

    Defendant

**ORDER**

**Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, July 9, 2008 at 10:00 a.m.**

    **IT IS SO ORDERED.**

                                                _____s/Herman J. Weber_____
                                                      Judge Herman J. Weber
                                                      United States District Court