UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v
                                             CR-1-08-14
                                             CR-1-02-30

MARCUS WILLIAMS,

    Defendant

**ORDER**

**Parties are advised that the Sentencing Hearing and Revocation Hearing currently scheduled for July 9, 2008 is RESCHEDULED to Tuesday, July 22, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                        _____s/Herman J. Weber_____
                                           Judge Herman J. Weber
                                           United States District Court