UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
    -vs-                                                  CASE NO. CR-1-02-30
**MARCUS WILLIAMS**

---

COUNSEL PRESENT:

ASSISTANT UNITED STATES ATTORNEY: Kenneth Parker
DEFENSE: Richard Smith-Monahan

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Mary Anne Ranz  (Official)

Courtroom Deputy Darlene Maury

Probation Officer:   D. Backman

DATE: Tuesday, July 22, 2008
TIME: 11:20 a.m. - 11:50 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.  Defendant admits violation.  The Court finds that defendant has violated his Conditions of Supervised Release.

Court **ORDERS** that defendant's Supervised Release is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF EIGHT MONTHS TO RUN CONSECUTIVELY TO SENTENCE IMPOSED IN CR-08-14** with no supervised release to follow.

Defendant advised of right to appeal.

Defendant **TO Surrender as designated by the BOP**.